FILED

APR 14 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:21CR250 MTS/DDN |
| BRIAN GANSEREIT, ) | |
| Defendant. ) | |

## INDICTMENT

## INTRODUCTION

1. At all times relevant to this Indictment:

    A. The Secretary of Agriculture acting through the Farm Service Agency ("FSA") (a successor agency of the Farmers Home Administration) provides loans for family-sized farmers and ranchers to start or continue farming or ranching. These loans are managed by the FSA, which is responsible for approving, collecting, servicing, and liquidating loans made by the Secretary of Agriculture.

    B. FSA borrowers have to complete and sign an "Agreement for the Use of Proceeds and Security." The agreement stated, among other things, that FSA has a security interest in all property (referred to as collateral) described in the Security Agreement(s), in addition to any after acquired property. This agreement also requires that the proceeds from the sale of security, such as livestock, must always be used to pay expenses and loan payments, that both FSA and the borrower's name must appear as the payees on all checks received, that the borrower is required to keep a record of collateral disposed of, and that the borrower may sell collateral to purchasers not specifically listed in the

1

agreement, although the borrower is required to immediately notify the FSA of the sale and provide the purchaser's name and address.

C. FSA borrowers have to complete and sign a "Security Agreement." The security agreement created a blanket lien on all proceeds, products, and security acquired, including crops, farm equipment, other equipment, inventory, and livestock owned at the time of the loan or acquired during the life of the loan. Among other items, the borrower agrees that he is the absolute owner of the collateral, that statements contained in the loan application and related loan documents are true and correct, that prompt payment will be made when due, financing statements describing the collateral can be filed by the FSA, and that the borrower will immediately notify the FSA of any material change in the collateral. In addition, the agreement states that the disposal of property without the consent of the FSA, or making any false statements, may constitute a violation of federal criminal law.

D. Once an FSA loan is made, the FSA issues lien notifications to banks, sale barns, implement dealers, and other similar entities in or around the county in which the FSA borrower operates. These lien notifications are intended to notify these entities that the FSA has a collateral interest in the assets of the borrower. In this way, the FSA seeks to ensure that pledged assets are not sold without the FSA's knowledge and that the FSA receives proceeds from the sale of assets pledged as collateral for FSA loans.

## COUNT I

The Grand Jury charges that:

2. On or about March 5, 2018, in the Eastern District of Missouri,

**BRIAN GANSEREIT,**

the defendant herein, did knowingly make a false statement for the purpose of influencing the action of the United States Department of Agriculture, Farm Service Agency, in connection with an application for an FSA loan, in that defendant stated he would be earning income from employment at ITS ConGlobal when in truth and in fact, as the defendant well knew, defendant did not intend to work for ITS ConGlobal.

In violation of, and punishable under, Title 18, United States Code, Section 1014.

## COUNT II

The Grand Jury also charges that:

3. On or about July 26, 2018, in the Eastern District of Missouri,

## BRIAN GANSEREIT,

the defendant herein, with intent to defraud, did knowingly and intentionally remove, dispose, and convert to his own use and the use of another, property in excess of $1,000, mortgaged, pledged to, and held by the United States Department of Agriculture, acting through the Farm Service Agency, a successor agency to the Farmers Home Administration, in that defendant sold goats to Midwest Exchange Regional Stockyards, without the permission or consent of the Farm Service Agency.

In violation of, and punishable under, Title 18, United States Code, Section 658.

## COUNT III

The Grand Jury also charges that:

4. On or about January 17, 2019, in the Eastern District of Missouri,

## BRIAN GANSEREIT,

the defendant herein, with intent to defraud, did knowingly and intentionally remove, dispose, and convert to his own use and the use of another, property in excess of $1,000, mortgaged,

3

pledged to, and held by the United States Department of Agriculture, acting through the Farm Service Agency, a successor agency to the Farmers Home Administration, in that defendant sold goats to Midwest Exchange Regional Stockyards, without the permission or consent of the Farm Service Agency.

    In violation of, and punishable under, Title 18, United States Code, Section 658.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney

4